JOSEPH P. RUSSONIELLO (CSBN 44332) E-FILING
United States Attorney

FILED

2008 MAR 19 P 12: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CR No. 08 00167
                                    )
    Plaintiff,                      )
                                    )   VIOLATION: 8 U.S.C. § 1326 –
    v.                              )   Illegal Re-Entry Following Deportation
                                    )
FIDEL BUSTOS-LOPEZ                  )
                                    )   SAN JOSE VENUE
    Defendant.                      )
                                    )

## INFORMATION

The United States charges:

On or about August 2, 2007, the defendant

FIDEL BUSTOS-LOPEZ

an alien, previously having been arrested and deported from the United States on or about May 21, 1999, August 15, 2001, December 30, 2002, June 1, 2004, June 23, 2005 and January 9, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

PLEA AGREEMENT
CR CASE #

of Title 8, United States Code, Section 1326.

DATED: 3/10/08

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ David R. Callaway*
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: */s/* )
AUSA SCHENK

PLEA AGREEMENT
CR CASE #                                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

FILED
2008 MAR 19  P 12:03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

--- DEFENDANT - U.S. ---
FIDEL BUSTOS-LOPEZ

DISTRICT COURT NUMBER
**CR - 08 00167 RMW**  *PS*

PENALTY:
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70755 PVT

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: