AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Fidel Bustos-Lopez
aka Jose Valencia

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-00167 RMW

I, _Fidel Bustos Lopez, aka Jose Valencia_, the above named defendant, who is accused of

8 U.S.C. § 1326, illegal reentry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3/20/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED

MAR 20 2008

NOR_____URT
SAN JOSE CALIFORNIA

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer