JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 MAR 21  A 9: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 00167 – RMW |
|     Plaintiff, ) | |
|     ) | VIOLATION:  8 U.S.C. § 1326 – |
| v. ) | Illegal Re-Entry Following Deportation |
| ) | |
| FIDEL BUSTOS-LOPEZ, ) | |
|   a/k/a. Jose Valencia, ) | SAN JOSE VENUE |
| ) | |
|     Defendant. ) | |
| _____ ) | |

A M E N D E D   I N F O R M A T I O N

The United States charges:

On or about August 2, 2007, the defendant,

FIDEL BUSTOS-LOPEZ,
a/k/a Jose Valencia,

an alien, previously having been arrested and deported from the United States on or about

May 21, 1999, August 15, 2001, December 30, 2002, June 1, 2004, June 23, 2005 and January 9,

2007, was found in the Northern District of California, the Attorney General of the United States

and the Secretary for Homeland Security not having expressly consented to a re-application by

the defendant for admission into the United States, in violation

//

1  of Title 8, United States Code, Section 1326.

2  DATED: 3/20/08

JOSEPH P. RUSSONIELLO
3  United States Attorney

4

5  DAVID R. CALLAWAY
6  Deputy Chief, San Jose Office

7  (Approved as to form: _____)
AUSA SCHENK
8

9

10

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
                                 ☐ SUPERSEDING

FILED

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

'08 MAR 21  A 9: 53

─── OFFENSE CHARGED ───

Title 8, U.S.C. § 1326 - Illegal
Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

RICHARD W. WIEKING
─── DEFENDANT - U.S. ───
FIDEL BUSTOS-LOPEZ a/k/a Jose Valencia
U.S. DISTRICT COURT
NO. DISTRICT COURT NUMBER

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                        SHOW
   ☐ U.S. Att'y ☐ Defense     DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

☐ prior proceedings or appearance(s)     MAGISTRATE
   before U.S. Magistrate regarding      CASE NO.
   this defendant were recorded under

Name and Office of Person
Furnishing Information on      JOSEPH P. RUSSONIELLO
  THIS FORM
                   ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
  (if assigned)     JEFFREY B. SCHENK

─── DEFENDANT ───

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other     } ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes    If "Yes"
been filed?       ☐ No      give date
                            filed

DATE OF                 Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

   If Summons, complete following:

   ☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
   Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                                         Date/Time:

                                         Before Judge:

   Comments: